ADAMS v. BASS

No. 572P89

Case below: 88 N.C.App. 599

Petition by defendant for a writ of certiorari to the North Carolina Court of Appeals denied 1 March 1990. Motion by plaintiff for sanctions denied 1 March 1990.

BARBER v. WOODMEN OF THE WORLD LIFE INS. SOCIETY

No. 481P89

Case below: 95 N.C.App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 1 March 1990.

BOLICK v. SUNBIRD AIRLINES, INC.

No. 11A90

Case below: 96 N.C.App. 443

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

CITY OF RALEIGH v. HOLLINGSWORTH

No. 552P89

Case below: 96 N.C.App. 260

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

COLBORN v. COLBORN

No. 19P90

Case below: 96 N.C.App. 512

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.